UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| URBAN GREEN DUPLEX, LLC, | ) | CASE NO. 10-86063-crm |
| | ) | |
| URBAN GREEN CHEROKEE DEVELOPERS, LLC, | ) | CASE NO. 10-86073-crm |
| | ) | |
| Debtors. | ) | |

### *EX PARTE* MOTION FOR JOINT ADMINISTRATION

COME NOW Debtors Urban Green Duplex, LLC and Urban Green Cherokee Developers, LLC (collectively, "Debtors") and, pursuant to Bankruptcy Rule 1015(b), move this Court to order the above-captioned cases jointly administered. In support of this Motion, Debtors show the Court as follows:

### PRELIMINARY STATEMENT

1. Debtors believe that the joint administration of these cases will obviate the need for duplicative notices, motions, applications, hearings and orders. Such joint administration will lessen the administrative burden on Debtors and this Court. Debtors anticipate that creditors would not oppose the relief requested, which is purely procedural.

### JURISDICTION

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this

887234.1

District pursuant to 28 U.S.C. § 1408, as the principal assets of Debtors are located in this District.

## BACKGROUND

3. On September 3, 2010, Debtors filed the above-referenced voluntary Chapter 11 cases.

4. Debtors are operating their businesses as debtors in possession.

5. Debtors' properties are adjacent to each other and part of the same overall development plan.

6. Debtors share the same senior secured lender (The Piedmont Bank), and Debtor Urban Green Duplex, LLC's real property serves as additional collateral for one of Debtor Urban Green Cherokee Developers, LLC's debts to The Piedmont Bank.

7. Each of the above-referenced cases is before Judge C. Ray Mullins.

## RELIEF REQUESTED AND BASIS FOR REQUEST

8. Debtors seek entry of an order directing the joint administration of the above-referenced Chapter 11 cases for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

9. Debtors statutory affiliates pursuant to 11 U.S.C. § 101(2)(B). The 100% member of each Debtor is Urban Green Holdings, LLC.

10. Debtors anticipate that joint administration will not give rise to any conflict of interest among the estates of the Debtors. Debtors will continue to operate as distinct legal entities and keep separate books and records. In addition, each creditor may still file a proof of claim against each particular estate.

WHEREFORE Debtors request entry of an order authorizing the joint administration of the above-referenced cases.

Respectfully submitted this 20th day of September, 2010.

/s/  Jimmy C. Luke, II
Jimmy C. Luke, II
Georgia Bar No. 191817
FOLTZ MARTIN, LLC
5 Piedmont Center, Suite 750
Atlanta, GA 30305-1541
Telephone:  (404) 231-9397
Facsimile:  (404) 237-1659
*jluke@foltzmartin.com*
*Proposed Counsel for Debtors*

887234.1

## CERTIFICATE OF SERVICE

I certify that on this day, I have served the foregoing upon the following persons via U.S. Mail:

>Lindsay N. P. Swift, U.S. Trustee
>Office of the US Trustee
>75 Spring Street, SW
>Suite 362
>Atlanta, GA 30303

This 20th day of September, 2010.

>/s/  Jimmy C. Luke, II
>Jimmy C. Luke, II
>Georgia Bar No. 191817
>FOLTZ MARTIN, LLC
>5 Piedmont Center, Suite 750
>Atlanta, GA 30305-1541
>Telephone:  (404) 231-9397
>Facsimile:  (404) 237-1659
>*jluke@foltzmartin.com*
>*Proposed Counsel for Debtors*

887234.1